**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JUSTA ALEJANDRA VASQUEZ ARELLANES,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER Jr., Attorney General,<br><br>Respondent. | No. 05-76399<br><br>Agency No. A079-573-160<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 16, 2010[**]

Before:    FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

Justa Alejandra Vasquez Arellanes, a native and citizen of Mexico, petitions

for review of the Board of Immigration Appeals' order summarily affirming an

immigration judge's ("IJ") decision denying her application for cancellation of

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

RB/Research

removal. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for substantial evidence factual findings of the IJ. *Ramos v. INS*, 246 F.3d 1264, 1266 (9th Cir. 2001). We deny the petition for review.

Substantial evidence supports the IJ's determination that Vasquez Arellanes provided false testimony for the purpose of obtaining an immigration benefit, thereby rendering her unable to establish the requisite good moral character for cancellation of removal. *See* 8 U.S.C. §§ 1101(f)(6), 1229b(b)(1)(B); *see also Ramos*, 246 F.3d at 1266.

Vasquez Arellanes' remaining contentions lack merit.

**PETITION FOR REVIEW DENIED**.